# Effingham County, IL

NOTICE: By clicking the 'Search' button below, or otherwise using the Judici.com website

**2015L52  BROCKETT, THAD F**  Last Search | Information | Dispositions | **History** | Payments | Fines & Fees

| Date | Entry | Judge |
|---|---|---|
| | Entered Under: BROCKETT, THAD F | |
| 12/22/2021 | First Amendment To Complaint Count IV filed by MEYER, MICHAEL. | UNASSIGNED |
| 12/20/2021 | Order entered and filed from Judge Matoush regarding the ruling from 11/15/21 hearing. Copy emailed to Atty Meyer and Atty Fruehling. | UNASSIGNED |
| 11/24/2021 | Additional Authority In Support Of Motion For Leave To File First Amendment To Complaint (Count IV) filed by MEYER, MICHAEL.<br>Defendant's Supplemental Authority Re The Pending Motion To Add Count IV To Plaintiff's Complaint filed by FRUEHLING, KEITH. | UNASSIGNED |
| 11/15/2021 | ATTY MEYER W/PLNTF; ATTY VAYRE FOR DEF; PLNTF'S MOTION FOR LEAVE TO FILE AMENDED CNT IV HEARD: ARGUMENTS GIVEN; PARTIES GIVEN 10 DAYS TO FILE ANY ADDITIONAL CASE LAW; CASE TAKEN UNDER ADVISEMENT; CRT ONLY REVIEW 11/29/21 AT 8:30 A.M. | CWM |
| 10/01/2021 | Notice of Hearing filed by MEYER, MICHAEL. Set for 11/15/21 at 1 p.m. | UNASSIGNED |
| 09/28/2021 | By agreement of counsel - motion hearing is set for 11/15/21 at 1 p.m. | UNASSIGNED |
| 09/27/2021 | ATTY MEYER FOR PLNTF; NO ONE ELSE APPEARS; PARTIES TO OBTAIN A DATE W/CLERK FOR "MOTION"; PARTIES TO HAVE ANY CASE LAW ON FILE 10 DAYS BEFORE HRG. CLERK TO SEND COPY OF DOCKET TO ATTYS. | CWM |
| 09/27/2021 | Copy of 9/27/21 docket entry emailed to Atty Meyer and Atty Fruehling. | UNASSIGNED |
| 08/30/2021 | JUDGE DELONG RECUSES HIMSELF; CLERK TO CONTACT COUNSEL OF RECORD. | JAD |
| 08/30/2021 | Attorney Meyer and Attorney Fruehling notified by email of Judge DeLong recusal and that further instructions would be given when<br>Judge Matoush makes an entry. | UNASSIGNED |
| 08/23/2021 | Memorandum In Support Of Motion For Leave To File First Amendment filed by MEYER, MICHAEL. | UNASSIGNED |
| 08/16/2021 | Motion for Extension of Time filed by MEYER, MICHAEL. | UNASSIGNED |
| 07/20/2021 | ATTYS FRUEHLING AND MEYERS; P CONFESSES MSJ; JUDGMENT FOR D'S TO ENTER; COURT QUESTIONS COUNSEL ON PROCEDURE OF AMENDING AFTER CONFESSION OF MSJ; GRANTED TO FILE REPLY UNTIL 8/15/21; B/A HEARING<br>ON MOTION FOR LEAVE TO AMEND 8/30/21 AT 1:30PM. | JAD |
| 07/15/2021 | Defendant's Response to Plaintiff's Motion for Leave to Amend the Complaint filed by FRUEHLING, KEITH. | UNASSIGNED |
| 06/25/2021 | Order from Chief Judge's Office removing Judge Assignment of Judge Michael McHaney from case. | UNASSIGNED |
| 06/24/2021 | THIS COURT VERIFIED WITH THE OFFICE OF THE CHIEF JUDGE THAT MCHANEYS ASSIGNMENT TO THIS CASE WAS VACATED JANUARY 27, 2021; THIS CASE NOW GOES ON THE DAILY CIVIL CALL. DOCKET ENTRY TO ATTYS OF RECORD. | MDM |
| 06/24/2021 | Notice of RS Entry for 20210624 mailed to Atty Meyer and Fruehling. | UNASSIGNED |
| 06/24/2021 | Notice Of Hearing filed by FRUEHLING, KEITH. | UNASSIGNED |
| 06/23/2021 | Motion/sumry jdgmt reset to 07/20/2021 at 10:00 in courtroom C.<br>Notice of appearance mailed to FRUEHLING, KEITH E.<br>Notice of appearance mailed to MEYER, MICHAEL. | UNASSIGNED |
| 06/18/2021 | Motion for Leave to File First Amendment to Complaint filed by MEYER, MICHAEL. | UNASSIGNED |
| 06/18/2021 | Notice of Hearing for 6/23/21 at 1:00 p.m. on Motion For Leave to File First Amendedment ot Compliant filed by MEYER, MICHAEL. | UNASSIGNED |
| 04/23/2021 | PER ORDER OF JUDGE - CASES WILL NOW BE HELD IN PERSON AS OF 6/1.<br>ATTY MEYER AND ATTY FRUEHLING NOTIFIED BY EMAIL OF CHANGE FOR 6/23 MOTION HEARING. | UNASSIGNED |
| 03/29/2021 | Notice Of Hearing filed by FRUEHLING, KEITH. Set for 6/23/21 at 1 p.m. | UNASSIGNED |
| 03/25/2021 | Defendants' Motion for Summary Judgment filed by FRUEHLING, KEITH. Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment filed by FRUEHLING, KEITH. | UNASSIGNED |
| 03/01/2021 | Reply to Defendants' Second Amended Affirmative Defenses filed by MEYER, MICHAEL. | UNASSIGNED |
| 02/17/2021 | PROPOSED SCHEDULING ORDER Entered. | JAD |
| 02/17/2021 | PROPOSED SCHEDULING ORDER filed. Case is set for CMC for 1/12/22 at<br>10 a.m.; Final PreTrial for 4/18/22 at 9 a.m. and Jury Trial for 5/2/22 at 8:30 a.m. Copy emailed to ATty Meyer and Atty Fruehling. | UNASSIGNED |
| 02/10/2021 | PROPOSED ORDER Entered. | JAD |
| 02/10/2021 | PROPOSED ORDER filed. (to terminate the Respondents in Discovery: Rob Arnold, David Campbell, Mike Depoister, Lloyd Foster, Karen Luchtefeld, Doug McCain, Jeff Simpson, Joe Thoele and David Mahon) Copy emailed to Atty Meyer | UNASSIGNED |

EXHIBIT 2

|  |  |  |
|---|---|---|
| | and Atty Fruehling. | |
| 02/08/2021 | Agreed Motion to Terminate Respondents-In-Discovery filed by FRUEHLING, KEITH. | UNASSIGNED |
| 02/03/2021 | PROPOSED ORDER RE AGREED MOTION FOR LEAVE TO FILE SECOND AMENDED ANSWER AND AFFIRMATIVE DEFENSES Entered. | JAD |
| 02/03/2021 | PROPOSED ORDER RE AGREED MOTION FOR LEAVE TO FILE SECOND AMENDED ANSWER AND AFFIRMATIVE DEFENSES filed. Copy emailed to Atty Meyer and Atty Fruehling. | UNASSIGNED |
| 02/01/2021 | Agreed Motion for Leave to File Defendants' Second Amended Answer and Affirmative Defenses to Plaintiff's Complaint Instanter filed by FRUEHLING, KEITH.<br>Certificate Of Service filed by FRUEHLING, KEITH. | UNASSIGNED |
| 01/26/2021 | List of 2022 PT/JT dates with scheduling order emailed to Atty Meyer and Atty Fruehling. | UNASSIGNED |
| 01/21/2021 | Reply to Defendants' First Amended Affirmative Defenses filed by MEYER, MICHAEL. | UNASSIGNED |
| 01/08/2021 | PROPOSED ORDER Entered. | JAD |
| 01/08/2021 | PROPOSED ORDER filed. (Order for Motion for Leave to file First Amended Answer and Affirmative Defenses) Copy emailed to ATty Meyer and Atty Fruehling.<br>NOTE: Attys notified that document will now have to be e-filed. | UNASSIGNED |
| 01/05/2021 | Defendants' Unopposed Motion for Leave to File Defendants' First Amended Answer and Affirmative Defenses to Plaintiff's Complaint (Instanter) filed by FRUEHLING, KEITH. | UNASSIGNED |
| 11/09/2020 | Scheduling Order entered and filed.<br>ENTRY PER JUDGE MCHANEY - DUE TO NO SET DATES AT THIS TIME FROM THE CHIEF JUDGE'S OFFICE REGARDING 2022 PRETRIAL AND JURY TRIAL DATES - ATTORNEYS ARE ORDERED TO KEEP IN CONTACT WITH THE CLERK'S OFFICE TO OBTAIN THOSE DATES AND TO PREPARE AN AMENDED SCHEDULING ORDER TO SET THOSE DATES.<br>Copy of order emailed to Atty Meyer and Atty Fruehlin. | UNASSIGNED |
| 10/29/2020 | TCC held. Plaintiff present by Atty Meyer. Defendants present by Atty Fruehling. CMC continued to 11/09/2020 at 8:30 a.m. Proposed agreed scheduling order may be submitted in advance. | MS |
| 09/30/2020 | Notice of Hearing filed by MEYER, MICHAEL. Set for 10/29/20 at 8:30 a.m. (with Judge McHaney). | UNASSIGNED |
| 09/29/2020 | Correspondence to Circuit Clerk filed by MEYER, MICHAEL (to ask for a court date for a CMC). | UNASSIGNED |
| 10/28/2019 | Order Authorizing Release of Records entered and filed. (Signed by Judge McHaney and received by mail on 10/31/19). Copy emailed to Atty Fruehling and Atty Meyer.<br>HIPAA Qualified Protective Order entered and filed. (Signed by Judge McHaney and received by mail on 10/31/19). Copy emailed to Atty Fruehling and Atty Meyer. | UNASSIGNED |
| 10/15/2019 | Defendants' Motion for Order Authorizing Release of Records filed by FRUEHLING, KEITH.<br>Defendants' Motion for HIPAA Qualified Protective Order filed by FRUEHLING, KEITH. | UNASSIGNED |
| 07/01/2019 | Certificate of Service filed by MEYER, MICHAEL. | UNASSIGNED |
| 06/25/2019 | Agreed Order entered and filed. (in regards to the Motion to Compel and vacating court date of 6/25/19) | UNASSIGNED |
| 06/24/2019 | Response To Motion To Compel filed by MEYER, MICHAEL. | UNASSIGNED |
| 05/14/2019 | Defendants' Revised Notice of Hearing filed by FRUEHLING, KEITH Set for 6/25/19 at 11 a.m. (Case is assigned to Judge McHaney) | UNASSIGNED |
| 05/09/2019 | Defendant's Notice of Hearing filed by FRUEHLING, KEITH. Set for 6/11/19 at 9:30 a.m.<br>NOTE: Atty Fruehling notified that court dates for this case must be set in front of Judge McHaney as he is assigned to the case due to recusals. Told to phone the Chief Judge's Office for court date options. | UNASSIGNED |
| 05/07/2019 | Defendants' Motion to Compel filed by FRUEHLING, KEITH. | UNASSIGNED |
| 01/10/2019 | Notice Of Service Of Discovery Documents filed by FRUEHLING, KEITH. | UNASSIGNED |
| 05/09/2018 | Reply to Affirmative Defenses filed. | UNASSIGNED |
| 09/27/2017 | Certificate of Service filed. | UNASSIGNED |
| 07/26/2017 | Certificate of Service filed. | UNASSIGNED |
| 01/17/2017 | Notice of Change of Address filed. (from Atty Keith Fruehling from the Law Firm of Heyl, Royster, Voelker & Allen) | UNASSIGNED |
| 09/06/2016 | Defendants' Answer to Plaintiff's Complaint filed. | UNASSIGNED |
| 08/15/2016 | plaintiff with attorney; defendant's by attorney; this court's order of July 22, 2016 is vacated; court now hears argument from defendants regarding their motion to reconsider and has previously read the defendants reply to the plaintiff's reply; this court reinstates its order of July 22, 2016 and denies the defendant's motion to reconsider. This court further finds that there is no question of law as to which there is substantial ground for difference of opinion and denies defendants request for a certified question pursuant to<br>Supreme Court rule 308 (a); the courts reference to Supreme Court rule 304 (a) was in error.defendants to file answer within 21 days. | MDM |
| 07/29/2016 | Notice of Hearing filed. Set for 8/15/16 at 10:30 a.m. | UNASSIGNED |
| 07/27/2016 | ENTRY MADE BY JUDGE MCHANEY TODAY BY CONFERENCE CALL: HEARING DATE FOR 8/15/16 AT 10:30 A.M. IS NOW SET AGAIN; PREVIOUS ORDER TO VACATE THE HEARING DATE IS VACATED. | MDM |
| 07/22/2016 | THIS CASE IS SET FOR HEARING ON AUGUST 15, 2016, REGARDING THE DEFENDANTS' MOTION TO RECONSIDER. THIS COURT HAS CAREFULLY | MDM |

| Date | Description | Assigned |
|---|---|---|
| | CONSIDERED THE MOTION, AS WELL AS PLAINTIFF'S RESPONSE AND FINDS THAT ORAL ARGUMENT IS NOT NECESSARY. THE MOTION TO RECONSIDER FILED 6-7-16 IS DENIED. THE DEFENDANTS' REQUEST FOR A SCR 304(a) FINDING IS DENIED. THE PLAINTIFF'S MOTION FOR EXTENSION OF TIME FILED 6-9-16 IS GRANTED. THE HEARING DATE SET 8-15-16 IS VACATED; DOCKET ENTRY ORDER TO ATTORNEYS; DEFENDANTS SHALL FILE AN ANSWER TO THE AMENDED COMPLAINT WITHIN 21 DAYS. | |
| 07/22/2016 | Copy of entry mailed to both attys. Per Judge McHaney, Clerk notified the Chief Judge's office that the 8-15-16 hearing date is vacated. Defendants' Reply to Plaintiff's Response to Motion to Reconsider filed. | UNASSIGNED |
| 07/12/2016 | Notice of Hearing filed. Set for 8/15/16 at 10:30 a.m. (for Motion for Extension of Time to Convert any or all Respondents in Discovery to Defendants) | UNASSIGNED |
| 07/11/2016 | Response to Motion to Reconsider filed. | UNASSIGNED |
| 06/30/2016 | Notice of Hearing filed. Set for 8/15/16 at 10:30 a.m. (for Motion to Reconsider) Copy of Notice of Hearing faxed to the Chief Judge's Office as Judge McHaney is assigned to this case. | UNASSIGNED |
| 06/27/2016 | Notice for Service by E-Mail filed. | UNASSIGNED |
| 06/22/2016 | Letter from Atty Fruehling filed. | UNASSIGNED |
| 06/09/2016 | Motion for Extension of Time to Convert any or all Respondents in Discovery to Defendants filed. | UNASSIGNED |
| 06/07/2016 | Motion to Reconsider filed. | UNASSIGNED |
| 05/17/2016 | Order entered and filed. Copy given to Atty Meyer and a copy mailed to Atty Fruehling. | UNASSIGNED |
| 05/12/2016 | PLAINTIFF WITH ATTORNEY; DEFENDANT'S BY ATTORNEY; DEFENDANT NIEMANN PRESENT; ARGUMENTS OF COUNSEL; COURT TAKES MATTER UNDER ADVISEMENT AND WILL ISSUE WRITTEN ORDER AS SOON AS POSSIBLE. | MDM |
| 05/11/2016 | Motion for Leave to File Additional Response to Motion to Dismiss filed. | UNASSIGNED |
| 04/29/2016 | Reply to Plaintiff's Response to Motion to Dismiss filed. Response to Plaintiff's Motion to Amend Count II of Complaint filed. | UNASSIGNED |
| 04/21/2016 | Assignment Order entered and filed from the Chief Judge's Office. Case is assigned to Judge Michael D. McHaney. Copy of order given to Atty Meyer and a copy mailed to Atty Fruehling. | UNASSIGNED |
| 04/15/2016 | J. KOESTER RECUSES HERSELF FROM FURTHER PROCEEDINGS IN THIS CASE. CLERK TO NOTIFY CHIEF JUDGE'S OFFICE FOR ASSIGNMENT OF JUDGE | KGK |
| 04/15/2016 | Copy of 4/14 and 4/15 docket entry with a copy of the complaint faxed to the Chief Judge's Office. | UNASSIGNED |
| 04/14/2016 | TELEPHONE CONFERENCE WITH ATTORNEY MEYER FOR PLAINTIFF AND ATTORNEY FRUEHLING FOR DEFENDANTS. B/A: DEFENDANTS ARE GRANTED ADDITIONAL TIME UNTIL 4/29/16 TO FILE ANY REPLY TO PLAINTIFF'S RESPONSE (FILED ON 4/4/16) TO DEFENDANTS' MOTION TO DISMISS (FILED ON 2/19/16); HEARING ON SAID MOTION TO DISMISS IS RESET FROM 4/21/16 TO 5/12/16 AT 11:00 A.M.; DEFENDANTS SHALL FILE ANY RESPONSE TO PLAINTIFF'S MOTION (FILED ON 4/6/16) FOR LEAVE TO AMEND COUNT II OF COMPLAINT BY 4/29/16; PLAINTIFF'S MOTION FOR LEAVE TO AMEND IS SET FOR HEARING ON 5/12/16 AT 11:00 A.M. (ALONG WITH HEARING ON DEFENDANT'S MOTION TO DISMISS). J. EDER RECUSES HIMSELF FROM FURTHER PROCEEDINGS IN THIS CASE. | JJE |
| 04/06/2016 | Motion to Amend Count II of Complaint filed. Notice of Hearing filed. Set for 4/21/16 at 11 a.m. | UNASSIGNED |
| 04/04/2016 | Response to Motion to Dismiss filed. | UNASSIGNED |
| 03/30/2016 | Agreed Order entered and filed. Copy given to Atty Meyer. | UNASSIGNED |
| 03/29/2016 | Motion to Revise Briefing Schedule filed. | UNASSIGNED |
| 03/08/2016 | PLAINTIFF AND DEFENDANTS BY ATTORNEY'S; PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS BY mARCH 29, 2016; DEFENDANT TO REPLY THEREAFTER BY aPRIL 11; HEARING ON DEFENDANT MOTION TO DISMISS SET aPRIL 21, 2016 AT 11 am; OVER DEFENDANT OBJECTION DEPOSITION OF sHERIFF MAHON SHALL PROCEED AS SCHEDULED. | MDM |
| 03/04/2016 | Notice of Hearing filed. Set for 3/8/16 at 10:30 a.m. | UNASSIGNED |
| 03/03/2016 | Entry of Appearance filed by Attorney Keith E. Fruehling on behalf of Respondents-In-Discovery Rob Arnold, David Campbell, Mike Depoister, Lloyd Foster, Karen Luchtefeld, Doug McCain, Jeff Simpson, Joe Thoele and David Mahon. Filing fee $106.00 paid Emergency Motion to Quash Summonses for Discovery filed. | UNASSIGNED |
| 02/19/2016 | Defendants' Motion to Dismiss Pursuant to 735ILCS 5/2-619(a)(5) and/or 5/2-619(a)(9) filed. | UNASSIGNED |
| 02/16/2016 | Entry of Appearance filed by Attorney Keith Fruehling on behalf of the defts, The County of Effingham and Jim Niemann. Filing fee $106.00 paid for deft Niemann Jury Demand fee $200.00 paid for deft Niemann | UNASSIGNED |
| 01/26/2016 | Summons for Discovery returned; served on Rob Arnold. | UNASSIGNED |

|  |  |  |
|---|---|---|
|  | Private Investigator fee $49.38<br>Summons for Discovery returned; served on Lloyd Foster.<br>Private Investigator fee $46.50<br>Summons for Discovery returned; served on David Campbell.<br>Private Investigator fee $40.00<br>Summons for Discovery returned; served on David Mahon.<br>Private Investigator fee $40.00<br>Summons for Discovery returned; served on Mike Depoister.<br>Private Investigator fee $40.75<br>Summons for Discovery returned; served on Karen Luchtefeld.<br>Private Investigator fee $40.00<br>Summons for Discovery returned; served on Jeff Simpson.<br>Private Investigator fee $49.38<br>Summons for Discovery returned; served on Joe Thoele.<br>Private Investigator fee $49.38<br>Summons for Discovery returned; served on Doug McCain.<br>Private Investigator fee $55.12<br>Summons returned; served on Effingham County/ c/o Kerry J. Hirtzel, Clerk.<br>Private Investigator fee $35.00<br>Summons returned; served on Jim Niemann.<br>Private Investigator fee $35.00 |  |
| 12/15/2015 | Complaint filed on 12/15/2015.<br>Filing fee $146.00 paid<br>Jury Demand fee $200.00 paid<br>Summons issued on The County of Effingham c/o Kerry J. Hirtzel, Clerk and returned to atty for service. Copy in file.<br>Summons issued on Jim Niemann and returned to atty for service. Copy in file.<br>Summons for Discovery issued on Rob Arnold and returned to atty for service. Copy in file.<br>Summons for Discovery issued on David Campbell and returned to atty for service. Copy in file.<br>Summons for Discovery issued on Mike Depoister and returned to atty for service. Copy in file.<br>Summons for Discovery issued on Lloyd Foster and returned to atty for service. Copy in file.<br>Summons for Discovery issued on Karen Luchtefeld and returned to atty for service. Copy in file.<br>Summons for Discovery issued on Doug McCain and returned to atty for service. Copy in file.<br>Summons for Discovery issued on Jeff Simpson and returned to atty for service. Copy in file.<br>Summons for Discovery issued on Joe Thoele and returned to atty for service. Copy in file.<br>Summons for Discovery issued on David Mahon and returned to atty for service. Copy in file. | UNASSIGNED |

For questions or comments about this web site, please see our Contacts Page.
Terms of use | Privacy policy
Advertise on Judici.
Copyright © 2002-2021 Judici
Last modified: 2021/12/12 22:49 Version: 3.9.0.497